IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 24-114-JLH |
| | : | |
| CHIE SMYRE | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Defendant's Unopposed Motion for Extension of Time to File Pre-trial Motions, this Court HEREBY ORDERS on this 21st day of January, 2025, that this motion is GRANTED. Defendant's Pre-trial Motions shall be due on the 24th day of March, 2025.

The time from January 21, 2025, up until the new date for the filing of pre-trial motions is excludable under the Speedy Trial Act because the ends of justice served by the delay outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

_____
HONORABLE JENNIFER L. HALL
United States District Court Judge